**David BAYLESS et al., Plaintiffs-Appellants,**

**v.**

**Floyd MARTINE, Dean of Students, et al., Defendants-Appellees.**

**No. 71–1580**
**Summary Calendar.\***

United States Court of Appeals, Fifth Circuit.

Nov. 22, 1971.

Mark Levbarg, Brooks Holman, Austin, Tex., for plaintiffs-appellants.

James C. McCoy, Asst. Atty. Gen., W. O. Shultz, Asst. Atty. Gen., Austin, Tex., Ernest Morgan, San Marcos, Tex., Edward Clark, Austin, Tex., for defendants-appellees.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. *See* Bayless v. Martine, 5 Cir. 1970, 430 F.2d 873, 880 (Thornberry, J. concurring). See Local Rule 21.[1]

---

\* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.

